JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Hilmer U. Jarboe, Jr.,                    )        SACV 05-00202-JVS(ANx)
                                          )
            Plaintiff,                    )        ORDER OF DISMISSAL UPON
                                          )        SETTLEMENT OF CASE
      v.                                  )
                                          )
County of Orange, et al.,                 )
                                          )
            Defendant(s).                 )
                                          )
_____ )

        The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

      IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 120 days</u>, to reopen the action if settlement is not consummated.


DATED: September 28, 2010

                                          _____
                                                   James V. Selna
                                          United States District Judge